PIERCE, BUTLER & PIERCE MFG. CO., Respondent, v. BAUER–HAMILTON PLUMBING CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department.

October 7, 1902.) Action by the Pierce, Butler & Pierce Manufacturing Company against the Bauer-Hamilton Plumbing Company, William T. Hamilton, and others. No opinion. Judgment affirmed, with costs.